**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NEBRASKA BOOK COMPANY, INC., *et al.*,[1] ) | Case No. 11-12005 (PJW) |
| ) | |
| Reorganized Debtors. ) | (Jointly Administered) |
| ) | **Re: Docket No. 1683** |

**FINAL DECREE CLOSING THE CHAPTER 11 CASES
AND TERMINATING CERTAIN CLAIMS AND NOTICING SERVICES**

Upon the motion (the "Motion")[2] of Nebraska Book Company, Inc. and its affiliated reorganized debtors (collectively, the "Reorganized Debtors") for the entry of a final decree (this "Final Decree") closing the Chapter 11 Cases and terminating certain claims and noticing services, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Reorganized Debtors, their creditors, and other parties in interest; and this Court having found that notice of the Motion and opportunity for a hearing on

---

[1] The reorganized debtors in these chapter 11 cases, along with the last four digits of each reorganized debtor's federal tax identification number include: Nebraska Book Company, Inc. (9819); Campus Authentic LLC (9156); College Bookstores of America, Inc. (9518); NBC Acquisition Corp. (3347); NBC Holdings Corp. (7477); NBC Textbooks LLC (1425); Net Textstore LLC (6469); and Specialty Books, Inc. (4807). The location of the reorganized debtors' service address is: 4700 South 19th Street, Lincoln, Nebraska 68512.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The following Chapter 11 Cases of the Reorganized Debtors are hereby closed; *provided* that this Court shall retain jurisdiction as is provided for in Article XI of the Plan:

| Debtor | Case No. |
|---|---|
| Nebraska Book Company, Inc. | 11-12005 (PJW) |
| Net Textstore LLC | 11-12002 (PJW) |
| Campus Authentic LLC | 11-12003 (PJW) |
| NBC Textbooks LLC | 11-12004 (PJW) |
| NBC Holdings Corp. | 11-12006 (PJW) |
| Specialty Books, Inc. | 11-12007 (PJW) |
| NBC Acquisition Corp. | 11-12008 (PJW) |
| College Bookstores of America, Inc. | 11-12009 (PJW) |

3. Entry of this Final Decree is without prejudice to the rights of the Reorganized Debtors or any party in interest to seek to reopen a Chapter 11 Case for cause pursuant to section 350(b) of the Bankruptcy Code.

4. The Debtors shall, on or before September 2, 2014: (a) file with the Court and provide to the United States Trustee all outstanding post-confirmation reports and (b) pay all fees due and payable pursuant to 28 U.S.C. § 1930.

5. The Claims and Noticing Services are terminated in accordance with the Motion upon the completion of the services listed in paragraph 5 below. Thereafter, KCC shall have no further obligations to this Court, the Debtors, the Reorganized Debtors, or any other party in interest with respect to the Claims and Noticing Services in the Chapter 11 Cases.

DOCS_DE:193982.3 59929/001

6. Pursuant to Local Rule 2002-1(f)(ix), within 30 days of entry of this Final Decree, KCC (or the Reorganized Debtors, as applicable) shall forward to the Clerk of the Court, in the prescribed form and format, (a) all claims and updated claims register, (b) a CD of all imaged claims, and (c) an excel spreadsheet containing all claims information, along with an updated mailing list. KCC shall box and deliver all original claims to the Philadelphia Federal Records Center, 14700 Townsend Road, Philadelphia, Pennsylvania 19154.

7. Should KCC receive any mail regarding the Reorganized Debtors or the Debtors after entry of this Final Decree, KCC shall collect and forward such mail no less frequently than monthly to the Reorganized Debtors.

8. The Reorganized Debtors and their agents are authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree in accordance with the Motion.

9. Notwithstanding anything to the contrary, the terms and conditions of this Final Decree shall be immediately effective and enforceable upon its entry.

10. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Final Decree.

Dated: _July___, 2014
Wilmington, Delaware

_____
THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE